Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wynn Resorts Holdings, LLC, a Nevada Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>Graffx Design, an entity of unknown origin,<br><br>Defendant. | Case No. CV-S-05-1447-KJD-PAL<br><br>**DECLARATION OF RONALD D. GREEN REGARDING COURT ORDER DATED APRIL 20, 2006** |

I, Ronald D. Green, declare under penalty of perjury under the laws of the United States as follows:

1. I am an associate with the law firm of Greenberg Traurig, LLP, Plaintiff's counsel in this case, and I have personal knowledge of the facts set forth in this declaration.

2. On April 20, 2006, this Court entered an Order instructing Plaintiff to file a status report or a motion for default judgment on or before May 5, 2006.

3. My colleague, Andrew D. Sedlock, is primarily responsible for the handling and administration of this file.

4. Mr. Sedlock is currently on his honeymoon in Hawaii, rendering him difficult to reach.

///

1.
DECLARATION OF RONALD D. GREEN

5. To the best of my knowledge, the parties to this case have been involved in continuing settlement negotiations. However, I am unaware of the current status of those negotiations or how close the parties are to the ultimate resolution of this matter.

6. I have attempted to reach Mr. Sedlock to discuss these issues but have not been able to do so, leaving me unsure regarding whether Plaintiff will pursue settlement or default judgment.

7. Plaintiff apologizes for the delay. However, Mr. Sedlock returns from his honeymoon on May 5, 2006, and Plaintiff will file its status report or motion for default judgment shortly thereafter.

DATED: May 1, 2006.

_____
Ronald D. Green Jr. (Bar No. 7360)