Lawrence J. Semenza, III, Esq., Bar No. 7174
Email: ljs@semenzarickard.com
Katie L. Cannata, Esq., Bar No. 14848
Email: klc@semenzarickard.com
SEMENZA RICKARD LAW
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 835-6803
Facsimile: (702) 920-8669

*Attorneys for Plaintiff/Judgment Creditor*
*Wynn Resorts Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WYNN RESORTS HOLDINGS, LLC, a Nevada Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>GRAFFX DESIGN, an entity of unknown origin,<br><br>Defendant. | Case No. 2:05-cv-01447-KJD-PAL<br><br>**AFFIDAVIT OF RENEWAL OF JUDGMENT** |

STATE OF NEVADA      )
                     ) ss.
COUNTY OF CLARK      )

      Plaintiff/Judgment Creditor Wynn Resorts Holdings, LLC, by and through Jessica Lozoya, its authorized representative, and pursuant to NRS 17.214, first being duly sworn according to law, hereby submits this Affidavit of Renewal of Judgment against Defendant/Judgment Debtor Graffx Design ("Judgment Debtor").

      1.    I am a Senior Litigation Paralegal for Wynn Resorts Holdings, LLC, the Plaintiff/Judgment Creditor in the above-entitled action. I have personal knowledge of the facts contained in this Affidavit and if called to do so, would testify competently thereto.

      2.    The Default Judgment (the "Judgment") was originally recorded in Clark County,

1

1  Nevada on June 20, 2006, instrument number 200606200003557.

2      3.    The Judgment was initially entered in this Court on May 15, 2006, for a total amount of $104,329.85. See Judgment attached hereto as Exhibit "A".

    4.    As of today, the Judgment Debtor has made no payments to satisfy any portion of the Judgment. There are no outstanding writs of execution for enforcement of the Judgment. There are no offsets or counterclaims in favor of the Judgment Debtor.

    5.    The current amount due and owing to date on the Judgment is $104,329.85.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
JESSICA LOZOYA

Subscribed and sworn before me by Jessica Lozoya
this 25 day of April, 2024.

_____
Notary Public



LAURA JEANNE BOGGS
Notary Public - State of Nevada
Appointment No. 19-1994-1
My Appointment Expires 04/01/2027

2

# CERTIFICATE OF SERVICE

I am employed by the law firm of Semenza Rickard Law in Clark County. I am over the age of 18 and not a party to this action. My business address 10161 Park Run Drive, Suite 150, Las Vegas, Nevada 89145.

On the 25th day of April, 2024, I served the document(s), described as:

## AFFIDAVIT OF RENEWAL OF JUDGMENT

☒ by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed

☒ a. via **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

Mark G Tratos
Laraine M I Burrell
**Greenberg Traurig, LLP**
tratosm@gtlaw.com
burrelll@gtlaw.com

Ronald D Green, Jr.
**Randazza Legal Group**
rdg@randazza.com

Andrew Sedlock
**Glaser, Weil, Fink, Jacobs, Howard & Shapiro, LLP**
Asedlock@drpfirm.com

☒ b. **BY CERTIFIED U.S. MAIL, RETURN RECEIPT REQUESTED.** I deposited such envelope in the mail at Las Vegas, Nevada. The envelope(s) were mailed with postage thereon fully prepaid. I am readily familiar with Semenza Rickard Law's practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

Graffx Design
10635 East Sunnyside Drive
Scottsdale, Arizona 85259

☐ c. **BY PERSONAL SERVICE.**

☐ d. **BY DIRECT EMAIL.**

///

# EXHIBIT A

# EXHIBIT A

Case 2:05-cv-01447-KJD-PAL   Document 29   Filed 04/25/24   Page 5 of 8
Case 2:05-cv-01447-KJD-PAL   Document 22   Filed 05/16/06   Page 1 of 4
Case 2:05-cv-01447-KJD-PAL   Document 21-4   Filed 05/12/2006   Page 1 of 4

Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Counsel for: Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Wynn Resorts Holdings, LLC, a Nevada Limited Liability company,<br><br>Plaintiff,<br><br>v.<br><br>Graffx Design, an entity of unknown origin,<br><br>Defendant. | Case No. CV-S-05-1447-KJD-PAL<br><br>**DEFAULT JUDGMENT** |

    Plaintiff Wynn Resorts Holdings, LLC, having filed a Motion for Entry of Default Judgment against Defendant Graffx Design pursuant to Rule 55 of the Federal Rules of Civil Procedure; the Defendant having failed to respond to, or answer, Plaintiff's Complaint previously served upon Defendant; the Clerk of the Court having entered Default against Defendant on Graffx Design; this Court having now given due consideration to Plaintiff's Motion for such judgment as well as papers, pleadings, and exhibits offered in support thereof; and the Court being further fully advised in the matter and there having been no appearance made by Defendant, it is therefore,

Case 2:05-cv-01447-KJD-PAL   Document 29   Filed 04/25/24   Page 6 of 8
Case 2:05-cv-01447-KJD-PAL   Document 22   Filed 05/16/06   Page 2 of 4
Case 2:05-cv-01447-KJD-PAL   Document 21-4   Filed 05/12/2006   Page 2 of 4

ORDERED, ADJUDGED and DECREED that Judgment be entered in favor of Plaintiff Wynn Resorts Holdings, LLC, and against Defendant Graffx Design on all counts of Plaintiff's Complaint; and, it is further ordered and adjudged that said Judgment shall include the following specific findings of fact and award of specific relief:

a. Plaintiff Wynn Resorts Holdings, LLC is the owner of certain Wynn trademarks and variations thereof used in relation to casino services as identified in the Complaint;

b. Plaintiff Wynn Resorts Holdings, LLC's Wynn marks are famous;

c. Defendant registered and used the Infringing Domain Name <playandwynn.com> with the bad faith intent to profit from its use of Plaintiff's marks;

d. Defendant provided online promotional and advertising services at the Graphic Domain Services web site, which was accessible through Defendant's Infringing Domain Name at <playandwynn.com>.

e. Plaintiff and Defendant are competitors and the respective services offered by each are similar;

f. Defendant's use of the term 'Wynn' in connection with its services is likely to cause confusion as to the source and origin of Defendant's services;

g. Defendant's use of the term 'Wynn' in connection with its services has and is likely to continue to cause dilution of Plaintiff's Wynn marks;

h. Should Defendant's use of the term Wynn continue, Plaintiff will continue to suffer irreparable injury to its good will and reputation which was established through use of the Wynn marks and for which an award of damages would be inadequate.

i. Should Defendant's use of the term Wynn continue, Plaintiff will continue to suffer irreparable injury as the Wynn marks will lose their capacity to identify its goods and services; i.e., they will be diluted, for which an award of damages would be inadequate;

Case 2:05-cv-01447-KJD-PAL   Document 29   Filed 04/25/24   Page 7 of 8
Case 2:05-cv-01447-KJD-PAL   Document 22   Filed 05/16/06   Page 3 of 4
Case 2:05-cv-01447-KJD-PAL   Document 21-4   Filed 05/12/2006   Page 3 of 4

j.  Defendant acted willfully in its infringement and dilution of the Wynn marks; and

k.  Defendant is liable for its infringement, dilution, unfair competition and cybersquatting.

THEREFORE, IT IS HEREBY ORDERED that the Defendant Graffx Design, its respective officers, agents, servants, employees, and/or all persons acting in concert or participation with it, (1) from using Plaintiff's trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, letter strings, phrases or designs, in commerce or in connection with any business or for any other purpose (including, but not limited to, on web sites and in domain names); and (2) from registering, owning, leasing, selling or trafficking in any domain name containing Plaintiff's trademarks or confusingly similar variations thereof, alone or in combination with any other letters, words, phrases or designs;

IT IS FURTHER ORDERED that the current registrar of the <playandwynn.com> domain name shall immediately unlock and permanently transfer the <playandwynn.com> domain name to Plaintiff;

IT IS FURTHER ORDERED that Defendant is permanently enjoined from accepting bets, for money or not, from persons located in the United States or domiciled within or outside of the borders of the United States, from any online casino or Internet gaming site using a web site or domain name with any variation or letter string containing the Wynn marks;

IT IS FURTHER ORDERED that Defendant pay Plaintiff $1,000 in nominal damages for corrective advertising;

IT IS FURTHER ORDERED that Defendant pay Plaintiff statutory damages of $100,000;

IT IS FURTHER ORDERED that Defendant pay Plaintiff's attorneys' fees and costs in the amount of $3,329.85;

///

3.

DEFAULT JUDGMENT

Case 2:05-cv-01447-KJD-PAL   Document 29   Filed 04/25/24   Page 8 of 8
Case 2:05-cv-01447-KJD-PAL   Document 22   Filed 05/16/06   Page 4 of 4
Case 2:05-cv-01447-KJD-PAL   Document 21-4   Filed 05/12/2006   Page 4 of 4

1  IT IS FURTHER ORDERED that Plaintiff's cash deposit of One Hundred Dollars
2  ($100.00) be released from the Registry Account of this Court and returned to Greenberg
3  Traurig.
4  IT IS FURTHER ORDERED that jurisdiction of this case shall be retained by this
5  Court for the purpose of enforcement of this Judgment.

_____
UNITED STATES DISTRICT JUDGE
DATED: 5/15/06

Submitted by:

GREENBERG TRAURIG, LLP

_____
Mark G. Tratos (Bar No. 1086)
Ronald D. Green Jr. (Bar No. 7360)
Laraine M. I. Burrell (Bar No. 8771)
Andrew D. Sedlock (Bar No. 9183)
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89109
Counsel for Plaintiff